CENTRAL NATIONAL BANK OF CLEVELAND, Respondent, v. MICHAEL N. CAVALLIOTIS, Doing Business under the Name of AEGEAN TRADING Co., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

CITY SPECIALTY STORES, INC., Respondent, v. DAVID LIVINGSTON, as President of District 65, Distributive, Processing and Office Workers of America, C.I.O., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of UNIVERSAL HANDICRAFTS SERVICE, INC., Assignor, to I. JONAS SPECINER, Assignee, Appellant. HAROLD TAGER, Doing Business as MUNICIPAL FACTORS Co., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

In the Matter of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against W. E. HEDGER TRANSPORTATION CORPORATION, Judgment Debtor. HAIGHT, DEMING, GARDNER, POOR & HAVENS, Third Party; HORACE M. GRAY, Claimant-Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ. [See *post,* p. 772.]

FRANK KREITZBERG, Respondent, v. MORGAN KNITTING MILLS, INC., Judgment Debtor. FACTORING & DISCOUNT CORPORATION et al., Proposed Third-Party Defendants-Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.

In the Matter of STANLEY STAHL, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator and the Temporary State Housing Rent Commission, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.